IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REZA MOSTOFI, | : |
| | : No. |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| MIDLAND FUNDING, LLC, MIDLAND | : |
| CREDIT MANAGEMENT, INC., LYONS, | : |
| DOUGHTY & VELDHUIS, P.C., and | : |
| STEVEN BRUNZELL, | : |
| | |
| Defendants | |

## NOTICE OF REMOVAL

To: Clerk - United States District Court for the
District of Maryland, Southern Division

**PLEASE TAKE NOTICE THAT**, on this date, Defendants Midland Credit Management, Inc. and Midland Funding, LLC (collectively "Midland"), pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, hereby remove the above captioned matter to this Court from the Circuit Court of Maryland for Montgomery County. In support thereof, Midland avers as follows:

1. On or about November 27, 2013, Plaintiff filed a Complaint in the Circuit Court of Maryland for Montgomery County, at case number 384514-V. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "A").

2. Midland was served with Plaintiff's Complaint on January 7, 2014.

3. Plaintiff subsequently filed an Amended Complaint, a copy of which is attached hereto as Exhibit "B".

4. Plaintiff's Amended Complaint alleges, among other things, that Midland violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* by allegedly filing a collection complaint without sufficient proof of ownership of Plaintiff's defaulted consumer debt. See Plaintiff's Amended Complaint, Count I.

4. Based on the foregoing, Midland has timely filed this Notice of Removal within thirty days of being served with the original Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

5. This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Midland pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia,* that Midland violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, thereby asserting claims that arise under federal law.

6. In that the causes of action alleged by Plaintiff arise from the performance of obligations of the parties within Montgomery County, Maryland, the United States District Court for the District of Maryland, Southern Division, should be assigned the Action.

7. Midland, upon filing this Notice of Removal in the office of the Clerk of the United States District Court for the District of Maryland, Southern Division, has also caused to be filed copies of this Notice with the Clerk of Court for the Circuit Court of Maryland for Montgomery County to effect removal of this action pursuant to §1446(d). See Exhibit "C".

**WHEREFORE**, Defendants Midland Credit Management, Inc. and Midland Funding, LLC hereby notify this Honorable Court that this action is removed from the Circuit Court of Maryland for Montgomery County to the United States District Court for the District of Maryland, Southern Division, pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

By: _/s/ Lauren M. Burnette_

LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703
lmburnette@mdwcg.com
Attorneys for Defendants Midland Funding, LLC and Midland Credit Management, Inc.

Dated: 2/4/14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REZA MOSTOFI, :
: No.
**Plaintiff** :
:
v. :
:
MIDLAND FUNDING, LLC, MIDLAND :
CREDIT MANAGEMENT, INC., and :
LYONS, DOUGHTY & VELDHUIS, P.C. :
:
**Defendants**

## PROOF OF MAILING

I hereby certify that on February 4, 2014, the original of the within Notice of Removal was sent to the Clerk of the United States District Court for the District of Maryland, Civil Division, to be filed and that a copy of the same was forwarded to the following interested persons as follows:

## NAME AND ADDRESS

Reza Mostofi
1737 Glastonberry Road
Potomac, MD 20854
*Pro Se Plaintiff*

Clerk
Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, MD 20850

Lyons, Doughty & Veldhuis, P.C.
Two Owings Mills Corp. Cir.
1046 Mill Run Cir., Suite 110
Owings Mills, MD 21117

Steven Brunzell
Priority Process
P.O. Box 4189
Rockville, MD 20849

## VERIFICATION

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: *[signature]*
LAUREN M. BURNETTE, ESQUIRE
Attorneys for Defendants

Dated: