**IN THE UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| REZA MOSTOFI | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-14-373 |
| | * | |
| MIDLAND FUNDING, LLC, ET AL. | * | |
| | ****** | |

**ORDER**

Upon consideration of the memoranda submitted in connection with plaintiff's motion to remand, (document 13) and it appearing that this court was open on the day that the petition for removal should have been filed, and that therefore – despite the unfortunate weather conditions that apparently delayed the filing of the petition for removal in this court – the petition for removal was untimely, it is, this 15th day of April 2014

ORDERED

1. Plaintiff's motion to remand (document 13) is granted; and

2. This case is remanded to the Circuit Court for Montgomery County, Maryland.


___/s/_____
J. Frederick Motz
United States District Judge

1